IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALONZO RICHARD,              ) | |
|                              ) | |
|      Petitioner,        ) | |
|                              ) | CIVIL ACTION NO. |
| VS.                          ) | |
|                              ) | 3:23-1619-G-BT |
| PAUL D. MACALUSO,            ) | |
|                              ) | |
|      Respondent.        ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  The plaintiff's motion to proceed *in forma pauperis* (docket entry 4) is **DENIED** as moot.  The plaintiff's motions to substitute under Federal Rule of Civil Procedure 25(a) (docket entries 12, 13) are **DENIED**.  By separate judgment, the plaintiff's case will be **DISMISSED**.

**SO ORDERED**.

January 2, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 2 -